**In re Sigismund WYSOLMERSKI, Esq.**

[783 A.2d 423]

No. 01-381

August 29, 2001. The Professional Responsibility Board's recommendation that petitioner be reinstated as a member of the Vermont Bar is accepted. The suspension is lifted as of the date of this order.